Joseph KANDUR *v.* STATE of Arkansas

715 S.W.2d 449

Supreme Court of Arkansas
Opinion delivered September 29, 1986

*Dale W. Finley*, for appellant.

No response.

PER CURIAM. ■ The record in case CR 84-21 from the Yell Circuit Court was tendered late, because an order extending the time was not filed. The attorney for appellant, Dale W. Finley, admits responsibility for the oversight. That admission on the part of counsel constitutes good cause for granting the motion. Per Curiam Order of Feb. 5, 1979, 265 Ark. 964. The motion for a rule on the clerk is accordingly granted.

A copy of this order will be sent to the Committee on Professional Conduct.